John Neil Stephenson (SBN 12497)
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
Tel: 510-502-2347
Fax: 775-403-1773
Email: johnstephensonlaw@gmail.com
Web: stephensonfirm.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PRIYA DEY-SARKAR,<br><br>Plaintiff,<br><br>DANIEL ADESINA, in his individual capacity;<br><br>STEPHANIE MULLEN, in her individual capacity; and<br><br>THE PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity.<br><br>Defendants. | 3:23-cv-00517-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br>*(first request)* |

The parties, through their undersigned counsel, hereby stipulate and agree:

In light of travel and family obligations for the upcoming Thanksgiving holiday, Plaintiff Priya Dey-Sarkar may have an extra seven (7) days to respond to Defendant's motion to dismiss [#6] such that her response will be due on or before <u>December 5, 2023</u>.

DATED: September 20, 2023

| | |
|---|---|
| */s/ John Neil Stephenson* | */s/ Jill C. Davis* |
| Stephenson Law, PLLC | Jill C. Davis |
| By: John Neil Stephenson, Esq. | Assistant General Counsel |
| *Counsel for Plaintiff Priya Dey-Sarkar* | *Counsel for Defendant Public Utilities Commission of Nevada* |

1

**ORDER**

Based upon this stipulation and good cause appearing therein:

Plaintiff Priya Dey-Sarkar may have an extra seven (7) days to respond to Defendant's motion to dismiss [#6] such that her response will be due on or before December 5, 2023.

IT IS SO ORDERED:

Dated November 20, 2023

---
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA