John Neil Stephenson (SBN 12497)
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
Tel: 510-502-2347
Fax: 775-403-1773
Email: johnstephensonlaw@gmail.com
Web: stephensonfirm.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PRIYA DEY-SARKAR, | 3:23-cv-00517-MMD-CLB |
| Plaintiff, | ORDER GRANTING STIPULATION TO FILE A SECOND AMENDED COMPLAINT |
| DANIEL ADESINA, in his individual capacity; | |
| STEPHANIE MULLEN, in her individual capacity; and | |
| THE PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity. | |
| Defendants. | |

///

///

///

///

///

///

///

1

## **STIPULATION**

Plaintiff Priya Dey-Sarkar and Defendants Public Utilities Commission of Nevada and Stephanie Mullen, through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 15(a)(2):

1. Plaintiff Priya Dey-Sarkar may file a second amended complaint on or before Friday, January 12, 2024.

2. Defendant Stephanie Mullen's need to file a responsive pleading to Ms. Dey-Sarkar's first amended complaint is tolled (set aside).  Ms. Mullen's response to Ms. Dey-Sarkar's second amended complaint will be due within twenty-one (21) days of filing thereof.

DATED: January 2, 2024

| | |
|---|---|
| *John Neil Stephenson* | */s/ Jill C. Davis* |
| Stephenson Law, PLLC | Jill C. Davis |
| By: John Neil Stephenson, Esq. | Assistant General Counsel |
| *Counsel for Plaintiff Priya Dey-Sarkar* | *Counsel for Defendants Public Utilities Commission of Nevada and Stephanie Mullen* |

## **ORDER**

Based upon this stipulation and good cause appearing therein:

1. Plaintiff Priya Dey-Sarkar may file a second amended complaint on or before Friday, January 12, 2024.

2. If the second amended complaint is filed, the parties must also file a stipulation to withdraw the motion to dismiss, (ECF No. 13), within 7 days of the filing of the second amended complaint.

3. Defendant Stephanie Mullen's need to file a responsive pleading to Ms. Dey-Sarkar's first amended complaint is tolled (set aside).  Ms. Mullen's response to Ms. Dey-Sarkar's forthcoming second amended complaint will be due within twenty-one (21) days of filing thereof.

IT IS SO ORDERED.

Dated January 2, 2024.

_____
UNITED STATES MAGISTRATE JUDGE