John Neil Stephenson (SBN 12497)
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
Tel: 510-502-2347
Fax: 775-403-1773
Email: johnstephensonlaw@gmail.com
Web: stephensonfirm.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| **PRIYA DEY-SARKAR,** | **3:23-cv-00517-MMD-CLB** |
| **Plaintiff,** | **STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| **DANIEL ADESINA, in his individual capacity;** | |
| **STEPHANIE MULLEN, in her individual capacity; and** | |
| **THE PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity.** | |
| **Defendants.** | |

///

///

///

///

///

///

///

///

1

## STIPULATION

Pursuant to this Court's Order [#31] Plaintiff Priya Dey-Sarkar and Defendants Public Utilities Commission of Nevada and Stephanie Mullen, through their undersigned counsel, hereby stipulate and agree that Defendants' second motion to dismiss [#13] is hereby withdrawn as Plaintiff has now filed a second amended complaint.  Defendants' response to Plaintiff's recently filed second amended complaint [#32] is due Wednesday, January 31, 2024.

DATED: January 11, 2024

*John Neil Stephenson*                                          /s/ Jill C. Davis

Stephenson Law, PLLC                                        Jill C. Davis
 By: John Neil Stephenson, Esq.                          Assistant General Counsel
 *Counsel for Plaintiff Priya Dey-Sarkar*          *Counsel for Defendants Public Utilities*
                                                                              *Commission of Nevada and Stephanie Mullen*

## ORDER

Based upon the Court's prior order [#31], this stipulation, and good cause appearing therein:

1. Defendants' second motion to dismiss [#13] is hereby withdrawn.

2. Defendants' response to Plaintiff's recently filed second amended complaint [#32] is due Wednesday, January 31, 2024.

IT IS SO ORDERED:

Dated January 16 , 2024

_____
 UNITED STATES DISTRICT  JUDGE
 DISTRICT OF NEVADA