Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
Reno, Nevada  89501
Telephone:	775.348.4888
Fax No.:	775.786.0127
kmtaylor@littler.com
lmolleck@littler.com

Attorney for Defendants
NV ENERGY, INC., DOUGLAS A. CANNON and
NICHOLAS ABOUMRAD

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **PRIYA DEY-SAKAR,**<br><br>             Plaintiff,<br><br>    v.<br><br>**DANIEL ADESINA, in his individual capacity;**<br><br>**STEPHANIE MULLEN, in her individual capacity;**<br><br>**STATE OF NEVADA, ex rel. PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity;**<br><br>**NV ENERGY, INC., a Nevada corporation;**<br><br>**DOUGLAS A. CANNON, in his individual capacity; and**<br><br>**NICHOLAS ABOUMRAD, in his individual capacity,**<br><br>             Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff PRIYA DEY-SARKAR ("Plaintiff") and Defendants NV ENERGY, INC., DOUGLAS A. CANNON, and NICHOLAS ABOUMRAD (collectively "Defendants"), by and through their undersigned counsel, seek an additional fourteen (14) days in which Defendants may file

a Response to the Second Amended Complaint in this case. Based upon the date of service, Defendants' current deadline to file a Response to the Complaint runs on Friday, February 2, 2024. The Parties have agreed to allow Defendant up to and including **Wednesday, February 16, 2024,** in which to file a Response.

This request is brought for good cause and not for the purpose of delay.

Dated: January 19, 2024

Respectfully submitted,

*/s/ John Neil Stephenson*
JOHN NEIL STEPHENSON, ESQ.
STEPHENSON LAW, PLLC

*Attorney for Plaintiff*
PRIYA DEY-SARKAR

Dated:  January 19, 2024

Respectfully submitted,

*/s/ Luke W. Molleck*
PATRICK H. HICKS, ESQ.
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendants*
NV ENERGY, INC., DOUGLAS A. CANNON and NICHOLAS ABOUMRAD

**IT IS SO ORDERED.**

Dated:  January 22, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

4865-3334-0062.1 / 022720-1092