| | |
|---|---|
| 1 | Patrick H. Hicks, Esq. |
| | Nevada Bar No. 4632 |
| 2 | Karyn M. Taylor, Esq. |
| | Nevada Bar No. 6142 |
| 3 | Luke W. Molleck, Esq. |
| | Nevada Bar No. 14405 |
| 4 | LITTLER MENDELSON, P.C. |
| | 200 South Virginia Street, 8th Floor |
| 5 | Reno, Nevada 89501 |
| | Telephone:  775.348.4888 |
| 6 | Fax No.:     775.786.0127 |
| | phicks@littler.com |
| 7 | kmtaylor@littler.com |
| | lmolleck@littler.com |

Attorneys for Defendant
NV ENERGY, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PRIYA DEY-SAKAR,<br><br>              Plaintiff,<br><br>    v.<br><br>DANIEL ADESINA, in his individual capacity;<br><br>STATE OF NEVADA, ex rel. PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity;<br><br>NV ENERGY, INC., a Nevada corporation;<br><br>              Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FOURTH AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff PRIYA DEY-SARKAR ("Plaintiff") and Defendant NV ENERGY, INC. ("NV Energy"), by and through their undersigned counsel, seek an additional fourteen (14) days in which NV Energy may file a Response to the Fourth Amended Complaint in this case. Based upon the date of service, NV Energy's current deadline to file a Response to the Complaint runs on Thursday December 26, 2024. The Parties have agreed to allow NV Energy up to and including **Thursday, January 9, 2025,** in which to file a Response.

///

This request is brought for good cause and not for the purpose of delay.

Dated: December 16, 2024

Respectfully submitted,

*/s/ John Neil Stephenson*
JOHN NEIL STEPHENSON, ESQ.
STEPHENSON LAW, PLLC

*Attorney for Plaintiff*
PRIYA DEY-SARKAR

Dated:  December 16, 2024

Respectfully submitted,

*/s/ Luke W. Molleck*
PATRICK H. HICKS, ESQ.
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
NV ENERGY, INC.

**IT IS SO ORDERED.**

Dated:  December 17, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4906-6571-4950.1 / 022720-1095