GARRETT WEIR, ESQ.
General Counsel
Nevada Bar No. 12300
JILL C. DAVIS, ESQ.
Assistant General Counsel
Nevada Bar No. 8418
PUBLIC UTILITIES COMMISSION OF NEVADA
1150 E. William Street
Carson City, Nevada 89701
Telephone: (775) 684-6173
Fax: (775) 684-6186
Email: gweir@puc.nv.gov
       jdavis@puc.nv.gov

*Attorneys for the Public Utilities Commission of Nevada*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRIYA DEY-SARKAR<br><br>           Plaintiff,<br><br>v.<br><br>DANIEL ADESINA, in his individual capacity; STEPHANIE MULLEN, in her individual capacity; and STATE OF NEVADA, ex rel. PUBLIC UTILITIES COMMISSION OF NEVADA, a governmental entity; NV ENERGY, INC., a Nevada corporation; DOUGLAS A. CANNON, in his individual capacity; and NICHOLAS ABOUMRAD, in his individual capacity.<br><br>           Defendants. | Case No.: 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FOURTH AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff PRIYA DEY-SARKAR ("Plaintiff") and Defendant the PUBLIC UTILITIES COMMISSION OF NEVADA ("PUCN"), by and through their undersigned counsel, seek an additional fourteen (14) days in which the PUCN may file a Response to the Fourth Amended Complaint in this case.  Based upon the date of service, the PUCN's current deadline to file a Response to the Complaint runs on Thursday, December 26, 2024.  The Parties have agreed to allow the PUCN up to and including **Thursday, January 9, 2025,** in which to file a Response.

This request is brought for good cause and not for the purpose of delay.

Dated: December 19, 2024              Dated: December 19, 2024

Respectfully submitted,               Respectfully submitted,

By: /s/ *John Neil Stephenson*        By: /s/ *Jill C. Davis*
JOHN NEIL STEPHENSON, ESQ             GARRETT WEIR, ESQ.

Stephenson Law, PLLC                  JILL C. DAVIS, Esq.

*Attorney for the Plaintiff*          *Attorney for the Public Utilities Commission of Nevada*

                    IT IS SO ORDERED.

                    Dated: December 19, 2024

                    UNITED STATES MAGISTRATE JUDGE