AARON D. FORD
Attorney General
IVA K. TODOROVA (Bar No. 15827)
Senior Deputy Attorney General
KYLE J. HOYT (Bar No. 14886)
Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
itodorova@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Daniel Adesina*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIYA DEY-SARKAR,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL ADESINA, in his individual capacity; STATE OF NEVADA, ex rel. PUBLIC UTILITIES COMMISSION OF NEVADA, a governmental entity; NV ENERGY, INC., a Nevada Corporation,<br><br>  Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT DANIEL ADESINA TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>(First Request) |

Defendant DANIEL ADESINA, ("Adesina"), by and through counsel, Iva K. Todorova, Senior Deputy Attorney General, and Kyle J. Hoyt, Senior Deputy Attorney General, and Plaintiff Priya Dey-Sarkar, by and through counsel, John Neil Stephenson, Esq., of Stephenson Law, PLLC, seek an additional fourteen (14) days for Defendant Daniel Adesina to file a response to Plaintiff's Fourth Amended Complaint. Defendant's response is currently due on or before Thursday, December 26, 2024. Defendant Adesina and Plaintiff agree that Defendant Adesina may file his response on or before Thursday, January 9, 2025.

/ / /

/ / /

This request is brought for good cause and not for the purpose of delay.

DATED this 23rd day of December, 2024.

| STEPHENSON LAW, PLLC | AARON D. FORD<br>Attorney General |
|---|---|
| By:*/s/ John Neil Stephenson*<br>John Neil Stephenson (Bar No. 12497)<br>1770 Verdi Vista Court<br>Reno, NV 89523<br>(510) 502-2347 (phone)<br>(775) 403-1773 (fax)<br>johnstephensonlaw@gmail.com (email)<br><br>*Attorney for Plaintiff* | By: /s/ Iva K. Todorova<br>Iva K. Todorova (Bar No. 15827)<br>  Senior Deputy Attorney General<br>Kyle J. Hoyt (Bar No. 14886)<br>  Senior Deputy Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119<br>(702) 486-3420 (phone)<br>(702) 486-3773 (fax)<br>itodorova@ag.nv.gov<br>khoyt@ag.nv.gov<br><br>*Attorneys for Daniel Adesina* |

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE