Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone:    775.348.4888
Fax No.:       775.786.0127
phicks@littler.com
kmtaylor@littler.com
lmolleck@littler.com

Attorneys for Defendant
NV ENERGY, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PRIYA DEY-SARKAR,<br><br>                    Plaintiff,<br><br>       v.<br><br>DANIEL ADESINA, in his individual capacity;<br><br>STATE OF NEVADA, ex rel. PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity;<br><br>NV ENERGY, INC., a Nevada corporation;<br><br>                    Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FOURTH AMENDED COMPLAINT**<br><br>(SECOND REQUEST) |

Plaintiff PRIYA DEY-SARKAR ("Plaintiff") and Defendant NV ENERGY, INC. ("NV Energy"), by and through their undersigned counsel, seek an additional seven (7) days in which NV Energy may file a Response to the Fourth Amended Complaint in this case. Based upon the parties' Joint Stipulation to Extend Time to Respond to the Fourth Amended Complaint (First Request), NV Energy's current deadline to file a Response to the Complaint runs on Thursday January 9, 2025. The Parties have agreed to allow NV Energy up to and including **Thursday, January 16, 2025,** in which to file a Response. Plaintiff does not object to the current requested extension to respond to the Fourth

Amended Complaint. However, Plaintiff objects to any further extensions absent exigent circumstances.

This request is brought for good cause and not for the purpose of delay.

Dated: January 3, 2025

Respectfully submitted,

*/s/ John Neil Stephenson*
JOHN NEIL STEPHENSON, ESQ.
STEPHENSON LAW, PLLC

*Attorney for Plaintiff*
PRIYA DEY-SARKAR

Dated: January 3, 2025

Respectfully submitted,

*/s/ Luke W. Molleck*
PATRICK H. HICKS, ESQ.
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
NV ENERGY, INC.

**IT IS SO ORDERED.**

Dated: January 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4934-3650-2540.1 / 022720-1095