Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone:    775.348.4888
Fax No.:       775.786.0127
phicks@littler.com
kmtaylor@littler.com
lmolleck@littler.com

Attorney for Defendant NV ENERGY, INC. d/b/a
SIERRA PACIFIC POWER COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRIYA DEY-SAKAR, | Case No. 3:23-cv-00517-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION** |
| v. | |
| DANIEL ADESINA, in his individual capacity; | |
| STATE OF NEVADA, ex rel. PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity; and | |
| NV ENERGY, INC. d/b/a SIERRA PACIFIC POWER COMPANY, a Nevada corporation, | |
| Defendants. | |

The Parties in this case, Plaintiff PRIYA DEY-SARKAR ("Plaintiff") and NV ENERGY, INC. d/b/a SIERRA PACIFIC POWER COMPANY ("NV Energy") (collectively the "Parties"), by and through their respective counsel, hereby request and stipulate to stay the action as it relates to Plaintiff's claims asserted against NV Energy, pending private mediation.

The purpose of this request is to promote judicial economy and allow this court to control the disposition of its cases with economy of time and effort for itself, for counsel and the litigants. *See*

LITTLER MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV 89501.1944
775.348.4888

4914-9880-0663 / 022720.1095

*Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Pate v. DePay Orthopedics, Inc.*, 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."), *citing Leyva v. Certified Grocers of Cal.*, Ltd., 593 F.2d 857, 863 (9th Cir. 1979).

The Parties have scheduled mediation for April 16, 2025, before Hon. Carl W. Hoffman (Ret.) and will endeavor to resolve all claims in this action.  Pending the outcome of the Parties' mediation, the Parties will provide a Status Report to the Court no later than fifteen (15) calendar days following the mediation setting forth the following:

1)    Should the Parties reach a settlement, the Parties will update the Court as to the tentative resolution; or

2)    Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth an updated proposed discovery plan and scheduling order. This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**


DATED: February 27, 2025                               DATED: February 27, 2025


*/s/ Karyn M. Taylor*                                          */s/ John Neil Stephenson*

PATRICK H. HICKS, ESQ.                            John Neil Stephenson, Esq.
KARYN M. TAYLOR, ESQ.                          Stephenson Law, PLLC
LUKE W. MOLLECK, ESQ.                          1770 Verdi Vista Court
Littler Mendelson, P.C.                                   Reno, NV   89523

*Attorney for Defendant*                                *Attorney for Plaintiff*
NV ENERGY, INC. d/b/a SIERRA
PACIFIC POWER COMPANY

LITTLER
MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV 89501.1944
775.348.4888

2

## ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation and Order to stay action in the above-captioned matter  is GRANTED.

**IT IS FURTHER ORDERED** that the Parties will, within 15 days of mediation, provide a status report to the Court setting forth the following:

1)      Should the Parties reach a settlement, the Parties will update the Court as to the tentative resolution; or

2)      Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth an updated proposed discovery plan and scheduling order.


**IT IS SO ORDERED:**


DATED: February 28, 2025                  _____

                                                                UNITED STATES DISTRICT JUDGE


4914-9880-0663.2 / 022720-1095

LITTLER
MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV 89501.1944
775.348.4888

3

4914-9880-0663 / 022720.1095