Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone:     775.348.4888
Fax No.:         775.786.0127
phicks@littler.com
kmtaylor@littler.com
tbuono@littler.com

Attorney for Defendants
NV ENERGY, INC. d/b/a
SIERRA PACIFIC POWER COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PRIYA DEY-SAKAR,<br><br>       Plaintiff,<br><br>v.<br><br>DANIEL ADESINA, in his individual capacity;<br><br>STATE OF NEVADA, ex rel. PUBLIC UTILITIES COMISSION OF NEVADA, a governmental entity; and<br><br>NV ENERGY, INC. d/b/a SIERRA PACIFIC POWER COMPANY, a Nevada corporation,<br><br>       Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL WITHIN FIRM** |

**PLEASE TAKE NOTICE** that Taylor A. Buono, Esq., attorney with Littler Mendelson, P.C., is being substituted for Luke W. Molleck, Esq. to represent Defendant NV ENERGY, INC. d/b/a SIERRA PACIFIC POWER COMPANY. Mr. Molleck's last day with Littler Mendelson, P.C. was April 25, 2025, and as of this date will no longer be participating in this litigation.

/ / /

Ms. Buono's current mailing address and email are:
Taylor A. Buono, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
tbuono@littler.com

Accordingly, please include Ms. Buono on service of all future pleadings, motions, notices, orders and correspondence for the above-captioned matter. Mr. Molleck should be removed from the service list.

DATED: May 1, 2025

LITTLER MENDELSON P.C.

/s/ Karyn M. Taylor, Esq.
PATRICK H. HICKS, ESQ.
KARYN M. TAYLOR, ESQ.
TAYLOR A. BUONO, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendants*
NV ENERGY, INC. d/b/a SIERRA PACIFIC POWER COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: May 1, 2025

_____
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 501 W. Broadway, Suite 900, San Diego, CA 92101-3577. On May 1, 2025, I served the within document(s):

### NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

John Neil Stephenson, Esq.
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, NV   89523
johnstephensonlaw@gmail.com
*Attorney for Plaintiff*

Garrett Weir, Esq.
Jill C. Davis, Esq.
Public Utilities Commission of Nevada
1150 E. William Street
Carson City, Nevada 89701
gweir@puc.nv.gov
jdavis@puc.nv.gov
shooker@puc.nv.gov
*Attorneys for Defendants PUCN and Mullen*

MARNI K. WATKINS
Chief Litigation Counsel
IVA K. TODOROVA
Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
mkwatkins@ag.nv.gov
itodorova@ag.nv.gov

Kyle Joseph Hoyt, Esq.
WOOD SMITH HENNING & BERMAN LLP
2881 Business Park Court
Suite 200
Las Vegas, Nevada 89128
khoyt@ag.nv.gov
jbeesley@ag.nv.gov
*Attorneys for Daniel Adesina*

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2025, at San Diego, CA.

/s/ *Erin J. Melwak*
Erin J. Melwak
Littler Mendelson

LITTLER MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV  89501.1944
775.348.4888

3

4931-0186-0157 / 022720.1095