AARON D. FORD
  Attorney General
IVA K. TODOROVA (Bar No. 15827)
  Senior Deputy Attorney General
KYLE J. HOYT (Bar No. 14886)
  Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
itodorova@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Daniel Adesina*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIYA DEY-SARKAR, | Case No. 3:23-cv-00517-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF** |
| DANIEL ADESINA, in his individual capacity; STEPHANIE MULLEN, in her individual capacity; and THE PUBLIC UTILITIES COMMISSION OF NEVADA, | |
| Defendants. | |

Pursuant to Local Rule IA 11-6(b), NOTCE IS HEREBY GIVEN to the Court and parties that Chief Litigation Counsel Marni Rubin Watkins is no longer associated with the Nevada Attorney General's Office and seeks to withdraw as counsel for the Defendant Daniel Adesina in this matter. Senior Deputy Attorney General Iva K. Todorova and Senior Deputy Attorney General Kyle J. Hoyt will continue to represent the Defendant Daniel Adesina, and he will not be without counsel.

/ / /

/ / /

/ / /

Please let this serve as a request for **MARNI K. WATKINS and MARNI RUBINS-WATKINS to be removed from the service list, mailing lists, the Court's mailing list and the Court's electronic notices.**

DATED this 21st day of May, 2025.

AARON D. FORD
Attorney General

By: /s/ Kyle J. Hoyt
IVA K. TODOROVA (Bar No. 15827)
 Senior Deputy Attorney General
KYLE J. HOYT, (Bar No. 14886)
 Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
itodorova@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Daniel Adesina*

**IT IS SO ORDERED.**

**DATED:** May 21, 2025

UNITED STATES MAGISTRATE JUDGE