AARON D. FORD
  Attorney General
KYLE J. HOYT (Bar No. 14886)
  Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
khoyt@ag.nv.gov

*Attorneys for Daniel Adesina*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRIYA DEY-SARKAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL ADESINA, in his individual capacity; STEPHANIE MULLEN, in her individual capacity; and THE PUBLIC UTILITIES COMMISSION OF NEVADA,<br><br>　　　　Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF** |

　　　Pursuant to Local Rule IA 11-6(b), NOTCE IS HEREBY GIVEN to the Court and parties that Senior Deputy Attorney General Iva K. Todorova is no longer associated with the Nevada Attorney General's Office and seeks to withdraw as counsel for the Defendant Daniel Adesina in this matter. Senior Deputy Attorney General Kyle J. Hoyt will continue to represent the Defendant Daniel Adesina, and he will not be without counsel.

/ / /

/ / /

/ / /

*Page 1 of 2*

**Please let this serve as a request for IVA K. TODOROVA to be removed from the service list, mailing lists, the Court's mailing list and the Court's electronic notices.**

DATED this 17th day of June, 2025.

AARON D. FORD
Attorney General

By:  /s/ Kyle J. Hoyt
  KYLE J. HOYT, (Bar No. 14886)
   Senior Deputy Attorney General
  Office of the Attorney General
  1 State of Nevada Way, Suite 100
  Las Vegas, Nevada 89119
  (702) 486-3420 (phone)
  (702) 486-3773 (fax)
  khoyt@ag.nv.gov

*Attorneys for Daniel Adesina*

**IT IS SO ORDERED.**

**DATED:** June 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE