Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: 775.348.4888
Fax No.: 775.786.0127
phicks@littler.com
kmtaylor@littler.com
tbuono@littler.com

Attorneys for Defendant
NV ENERGY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRIYA DEY-SARKAR,<br><br>      Plaintiff,<br><br>   v.<br><br>DANIEL ADESINA, in his individual capacity; and<br><br>NV ENERGY, INC. d/b/a SIERRA PACIFIC POWER COMPANY[1], a Nevada corporation,<br><br>      Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS NV ENERGY FROM ACTION WITH PREJUDICE** |

Plaintiff PRIYA DEY-SARKAR ("Plaintiff") and Defendant NV ENERGY hereby stipulate and agree to the dismissal of all of Plaintiff's claims and causes of action against NV ENERGY, with prejudice.

---

[1] Plaintiff has incorrectly named "NV Energy d/b/a Sierra Pacific Power Company, Inc." as her employer. Plaintiff's employer at all times relevant herein was Sierra Pacific Power Company d/b/a NV Energy.

LITTLER MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV 89501.1944
775.348.4888

4901-4903-4819 / 022720.1095

Plaintiff and Defendant NV ENERGY (hereinafter referred to as "The Party/Parties to this Stipulation") have reached an agreement to resolve Plaintiff's claims against NV ENERGY. The Parties to this Stipulation submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party to this Stipulation will file for an award of attorneys' fees or costs pursuant to any rule, statute or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party to this Stipulation shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation and dismiss NV ENERGY from this case.

Dated: June 16, 2025                                                   Dated: June 16, 2025


*/s/ John Neil Stephenson, Esq.*                              */s/ Karyn M. Taylor, Esq.*
John Neil Stephenson, Esq.                                     Patrick H, Hicks, ESQ.
STEPHENSON LAW, PLLC                                     Karyn M. Taylor, ESQ.
                                                                              Taylor Buono, ESQ.
*Attorney for Plaintiff*                                               LITTLER MENDELSON, P.C.
PRIYA DEY-SARKAR

*Attorneys for Defendant*
NV ENERGY, INC.


**IT IS SO ORDERED.**

DATED this 17th day of June, 2025

_____
UNITED STATES DISTRICT JUDGE

4901-4903-4819 / 022720.1095