AARON D. FORD
  Attorney General
KYLE J. HOYT (Bar No. 14886)
  Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
khoyt@ag.nv.gov

*Attorneys for Daniel Adesina*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIYA DEY-SARKAR,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL ADESINA, in his individual capacity; STEPHANIE MULLEN, in her individual capacity; and THE PUBLIC UTILITIES COMMISSION OF NEVADA,<br><br>Defendants. | Case No. 3:23-cv-00517-MMD-CLB<br><br>**ORDER GRANTNG STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Priya Dey-Sarkar ("Plaintiff"), by and through her counsel of record, John N. Stephenson, Defendant Daniel Adesina ("Defendant Adesina"), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Kyle J. Hoyt, Senior Deputy Attorney General, and Defendant The Public Utilities Commission of Nevada ("PUCN"), by and through counsel, Garret Weir, General Counsel and Jill C. Davis, Assistant General Counsel, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this court.

/ / /

/ / /

/ / /

1  Plaintiff and Defendants Daniel Adesina and PUCN (hereinafter referred to as "the Parties to this Stipulation") have reached an agreement to resolve Plaintiff's claims against Defendant Adesina and PUCN. The Parties to this Stipulation submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party to this Stipulation will file for an award of attorneys' fees or costs pursuant to any rule, statute or law, whether local, state, or federal, in any forum that would be available for the claims dismiss by this Stipulation.

26  / / /
27  / / /
28  / / /

Each Party to this Stipulation shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation and Dismiss the claims against Defendant Adesina and PUCN with prejudice.

DATED this 14th day of August, 2025.

**STEPHENSON LAW, PLLC**

By: */s/ John N. Stephenson*
John N. Stephenson (Bar No. 12497)
1770 Verdi Vista Ct.
Reno, NV 89523
johnstephensonlaw@gmail.com

*Attorney for Plaintiff*

DATED this 14th day of August, 2025.

**AARON D. FORD**
**Attorney General**

By: */s/ Kyle J. Hoyt*
Kyle J. Hoyt (Bar. No. 14886)
Senior Deputy Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
khoyt@ag.nv.gov

*Attorneys for Defendant Daniel Adesina*

DATED this 14th day of August, 2025.

**PUBLIC UTILITIES COMMISSISON OF NEVADA**

By: */s/ Jill C. Davis*
Garret Weir (Bar No. 12300)
 General Counsel
Jill C. Davis (Bar No. 8418)
 Assistant General Counsel
1150 E. William St.
Carson City, NV 89701
gweir@puc.nv.gov
jdavis@puc.nv.gov

*Attorneys for Defendant Public Utilities Commission of Nevada*

IT IS SO ORDERED.

DATED:   August 14, 2025

_____
UNITED STATES DISTRICT JUDGE